## McALISTER v. STATE.
### No. 23906.

Court of Criminal Appeals of Texas.
Jan. 28, 1948.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the offense of driving a motor vehicle on a public highway while intoxicated and assessed a fine of $50.

The record before us contains neither bills of exception nor a statement of facts. The proceedings appear to be regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.